STANFORD EL CHRISTOPHER
MCPHERSON, JR.
                Plaintiff(s)
   v.                                   **Judgment in a Civil Case**
CITY OF FAYETTEVILLE POLICE
DEPARTMENT
                Defendant(s)                  Case Number: 5:09-CT-3145-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on August 16, 2010, with service on:
Stanford El Christopher McPherson, Jr.  0816189, Nash Correctional Center, P.O. Box 600, Nashville, NC  27856 (via U.S. Mail)

  August 16, 2010                                           /s/ Dennis P. Iavarone
                                                                    Clerk